## United States Bankruptcy Court
**Northern District of Illinois, Eastern Division**

IN RE:   Michael L Malone          )   Chapter 13
                                                         )   Case No. 18 B 18566
       Debtor(s)          )   Judge Timothy A Barnes

## Notice of Motion

Michael L Malone
609 E Glenwood Lansing Rd
Unit 204
Glenwood, IL  60425

Debtor Attorney: Pro Se
via Clerk's ECF noticing procedures

On August 02, 2018 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, July 18, 2018.

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to File Required Documents Under §521(a)(1)

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor filed for Chapter 13 on 06/29/2018.
2. Debtor failed to file with his petition the items listed below:

| | | | |
|---|---|---|---|
| Schedule A | Schedule B | Schedule C | Schedule D |
| Schedule G | Schedule H | Schedule I | Schedule J |

Chapter 13 Plan
Form B22C
Statement of Financial Affairs

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL
MARILYN O. MARSHALL, TRUSTEE