*Judge: BARNES*     18-1566

18-22430 *(Exhibit 3)*

Add to case order

# VILLAGE OF GLENWOOD

ONE ASSELBORN WAY • GLENWOOD, ILLINOIS 60425

708.753.2400
708.753.2406 Fax

October 16, 2018

Patricia Conner Malone
609 E Glenwood Lansing Rd #204
Glenwood, IL 60425

Re: FOIA

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 23 2018

JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

Dear Ms. Malone,

Thank you for writing to the Village of Glenwood with your request for information pursuant to the Illinois Freedom of Information Act, ILCS 140/1 et seq.

On October 16, 2018, you requested all contracts of E & R Towing with the Village of Glenwood, all contracts on file from Glenwood Green Condo Association. Copies of phone records of calls and officers sent to Glenwood Green Condos, July 1 thru 10 regarding a bus in the parking lot.

The Village of Glenwood does not have any contracts with either E & R Towing or Glenwood Green Condo Association. The Village of Glenwood does not have records of calls and officers sent to Glenwood Green Condos, between July 1 and July 10, regarding a bus in the parking lot of Glenwood Green Condos.

Sincerely,

*Linda Brunette*

Linda Brunette
Village of Glenwood
lbrunette@villageofglenwood.com